In re:                                                  Case No. 22-70642-JHH

Dennis Riggs                                       Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-7                         User: admin                                Page 1 of 3

Date Rcvd: Jul 12, 2022                  Form ID: pdfsty                           Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Riggs, 919 15th Avenue N, Tuscaloosa, AL 35406-2001 |
| cr | | Yourway Furniture, Rosen Harwood, P.A., c/o Jillian L. Guin White, P.O. Box 2727, Tuscaloosa, AL 35403-2727 |
| 10895281 | + | Alliance Collection Services, 600 W Main St Ste A, Tupelo, MS 38804-3733 |
| 10895283 | + | Cbsi, 550 Greensboro Ave Ste 3, Tuscaloosa, AL 35401-1584 |
| 10895301 | + | Corporation Service Company, Reg. Agent for Credit Acceptance Corp., 641 South Lawrence Street, Montgomery, AL 36104-5809 |
| 10895285 | + | Covington Credit, 1420 McFarland Blvd, Suite 6, Northport, AL 35476-3219 |
| 10895303 | | EXPERIAN, P O Box 9556, Allen, TX 75013 |
| 10895277 | + | GB Financial Corp, PSP/FCI Lender, PO Box 28720, Anaheim, CA 92809-0157 |
| 10895293 | + | Internal Revenue Service, c/o Richard O'Neal, 1800 Fifth Avenue, Birmingham, AL 35203-2111 |
| 10895304 | + | Jillian L. Guin White, Atty for Your Way, c/o Rosen Harwood Attorneys at Law, 2200 Jack Warner Parkway Suite 200, Tuscaloosa, AL 35401-1014 |
| 10895306 | + | Mark Baker, Attorney for PLS, 5555 Glenridge Connector Ste 200, Atlanta, GA 30342-4815 |
| 10895307 | + | PLS Specialty Investments LLC, FCI Lender Services Inc., PO Box 27370, Anaheim, CA 92809-0112 |
| 10895309 | + | Spina & Lavelle PC, One Perimeter Park S, Ste 400N, Birmingham, AL 35243-2327 |
| 10895296 | + | Tucker Finance, 3302 Mcfarland Blvd E, Tuscaloosa, AL 35405-2424 |
| 10895297 | + | Tuscaloosa Water & Sewer, PO Box 2090, Tuscaloosa, AL 35403-2090 |
| 10895298 | + | Your Way Furniture, 930 26th Avenue, East, Tuscaloosa, AL 35404-4131 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 13 2022 04:14:30 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 10895280 | + | Email/Text: G2APCBANK@southernco.com | Jul 13 2022 04:07:00 | Alabama Power Company, c/o Teresa Black, Registered Agent, 600 North 18th Street, Birmingham, AL 35203-2200 |
| 10895282 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2022 04:06:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 10895299 | | Email/Text: bankruptcy@cavps.com | Jul 13 2022 04:07:00 | Cavalry Portfolio Services, P O Box 27288, Tempe, AZ 85282 |
| 10895284 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jul 13 2022 04:06:00 | CCS/Cortrust Bank, P O Box 7030, Mitchell, SD 57301 |
| 10895287 | | Email/Text: bk@creditcentralllc.com | Jul 13 2022 04:07:00 | Credit Central, 2600 Mcfarland Bou Suite E, Tuscaloosa, AL 35405 |
| 10895300 | + | Email/Text: bankruptcy@wetotethenote.com | Jul 13 2022 04:07:00 | Cedar Tree Finance Co., 210 Bexar Avenue W., Hamilton, AL 35570-5535 |
| 10895276 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 13 2022 04:06:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 10895286 | + | Email/Text: bk@creditcentralllc.com | Jul 13 2022 04:07:00 | Credit Central, 700 E North St Ste 15, Greenville, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SC 29601-3013 |
| 10895288 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jul 13 2022 04:07:00 | Credit Systems International, 1277 Country Club Ln, Fort Worth, TX 76112-2304 |
| 10895302 | ^ | MEBN | Jul 13 2022 04:04:11 | EQUIFAX, Post Office Box 740241, Attn: Legal Department, Atlanta, GA 30374-0241 |
| 10895289 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 13 2022 04:06:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 10895290 | + | Email/Text: FSBank@franklinservice.com | Jul 13 2022 04:07:00 | Franklin Collection Svcs, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 10895292 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 13 2022 04:07:00 | I C System Inc, P O Box 64378, Saint Paul, MN 55164-0378 |
| 10895279 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2022 04:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10895278 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2022 04:07:00 | Jefferson Capital Systems, P O Box 7999, Saint Cloud, MN 56302 |
| 10895305 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 04:14:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10895308 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 04:14:30 | PRA Receivables Mgt., PO Box 41067, Norfolk, VA 23541-1067 |
| 10895294 | + | Email/Text: bknotices@professionalcredit.com | Jul 13 2022 04:07:00 | Professional Credit Services, 400 International Way, Springfield, OR 97477-7004 |
| 10895295 | | Email/Text: bankruptcy@revenue.alabama.gov | Jul 13 2022 04:07:00 | State of Alabama Dept. of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |
| 10895310 | ^ | MEBN | Jul 13 2022 04:05:16 | TRANSUNION, LLC, Post Office Box 1000, Attn: Legal Department, Chester, PA 19016-1000 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GB Financial Corp. PSP |
| 10895291 | *+ | Franklin Collection Svcs, 2978 W Jackson St, Tupelo, MS 38801-6731 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C David Cottingham | dcottingham@ch13tuscaloosa.com  dcottingham13@ecf.epiqsystems.com |
| Jillian Laura Guin White | on behalf of Creditor Yourway Furniture jwhite@rosenharwood.com  BKNotice@rosenharwood.com |
| Marshall Entelisano | on behalf of Debtor Dennis Riggs entelisanolawfirm@gmail.com  entelisanolaw@iamthewolf.com;r51161@notify.bestcase.com |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| Dennis Riggs, | § Case No. 22-70642-JHH13 |
| | § |
| Debtor(s). | § Chapter 13 |
| | § |
| | § |

## ORDER EXTENDING STAY UPON DEBTOR(S)' MOTION

This matter is before the court on the debtor(s)' motion, pursuant to 11 U.S.C. § 362(c)(3), to extend the automatic stay (Doc. 12) (the "Motion"). The Motion was served on all interested parties with the Western Division Administrative Order No. 20-01 negative notice legend informing the parties of their opportunity to respond. No party filed a response within the time permitted, and, therefore, the court considers the Motion to be unopposed and deems admitted the uncontroverted factual allegations set forth in the Motion. (*See* Admin. Order No. 20-01.) For the reasons set forth herein, and based on the filings, evidence, and all other matters before the court, the court finds that the filing of this case is in good faith as to the creditors to be stayed and ORDERS:

1. The automatic stay of 11 U.S.C. § 362(a) shall continue in this case (unless otherwise ordered) until such stay expires by operation of law.

2. The stay extended hereby is effective as to all creditors.

**DONE** this the 12th day of July, 2022.

/s/ JENNIFER H. HENDERSON
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED FOR ENTRY BY:

*Marshall A. Entelisano*

Marshall A. Entelisano (ENT001)
Attorney for Debtor(s)
701 22nd Avenue, Suite 2
Tuscaloosa, AL 35401
Telephone: 205-752-1202
Facsimile: 205-752-1203
Cellular: 205-292-0161
Email: marshall@marshall-lawfirm.com